IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03156-CMA-BNB

PAUL FANN, and
LENORE FANN,

Plaintiffs,

v.

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Motion to Reschedule Motion Hearing** [docket no. 24, filed June 4, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the hearing on the **Defendant's Motion to Compel and for a Ruling that Plaintiffs have Waived Objections to defendant's Discovery Requests, and Request for Attorneys' Fees** [21] set for June 11, 2012, is **vacated and reset to June 28, 2012, at 10:00 a.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  June 7, 2012