IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action No. | 11-cv-03156-CMA-BNB | Date: June 28, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR BNB COURTROOM A-401 |

Paul Fann                                                                Timothy L. Nemechek
Lenore Fann
                      Plaintiff(s),

v.

Hartford Underwriters Insurance Company                Evan Bennett Stephenson
                      Defendant(s).


## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in session:     9:59 a.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Motion to Compel [21] and for a Ruling and Request for Attorneys' Fees is GRANTED. Plaintiffs must provide full and complete responses and produce all documents by July 9, 2012. Fee application by defense to be submitted to Plaintiff's counsel by July 9, 2012. If no agreement can be reached on fees by July 16, 2012, application shall then be filed with the Court with a response due on or before July 23, 2012.**

Court in Recess     10:25 a.m.     Hearing concluded.     Total time in Court: 00:26

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.