IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03156-CMA-BNB

PAUL FANN, and
LENORE FANN,

Plaintiffs,

v.

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Extend Discovery** [docket no. 62, filed November 29, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **December 31, 2012**.


DATED:  November 30, 2012