IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03156-CMA-BNB

PAUL FANN, and
LENORE FANN,

Plaintiffs,

v.

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


IT IS ORDERED:

(1)     **Plaintiffs' Motion for Extension of Time to Respond to Defendant's Supplement to Motion for Sanctions** [Doc. # 61, filed 11/26/2012] is DENIED as moot;

(2)     **Plaintiffs' Motion for Leave to Submit Response to Motion for Sanctions** [Doc. # 66, filed 12/3/2012] is GRANTED.  The response is due on or before **December 24, 2012**; and

(3)     A hearing on Defendant's Motion for Issue Sanctions [Doc. # 42, filed 10/2/2012] as supplemented is set for **January 3, 2013, at 8:30 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall be prepared to present any evidence or arguments they believe necessary to the resolution of Defendant's Motion for Issue Sanctions [Doc. # 42] as supplemented.


DATED:  December 7, 2012