IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-03156-CMA-BNB | Date: January 8, 2013 | |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 | |

| *Parties* | *Attorney(s)* |
|---|---|
| PAUL FANN<br>LENORE FANN<br>    **Plaintiff(s)** | *Timothy L. Nemechek* |
| v. | |
| HARTFORD UNDERWRITERS INSURANCE<br>COMPANY<br>    **Defendant(s)** | *Evan B. Stephenson*<br>*Michael D. Alper* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 8:33 a.m.

Appearance of counsel.

Argument presented on [42] Motion for Sanctions and Attorneys' Fees Under Federal Rule of Civil Procedure 37(b) for Plaintiffs' Continuing Violations of the Court's June 28, 2012 Discovery Order (Doc. 30) and [49] Plaintiffs' Motion to Compel Discovery.

**ORDERED:** **[49] Plaintiffs' Motion to Compel Discovery is DENIED; denied as moot as to deposition of Tami Pena, and denied in whole as to request for production of the claims records and related documents. Request for attorney's fees is denied.**

**[42] Motion for Sanctions and Attorneys' Fees Under Federal Rule of Civil Procedure 37(b) for Plaintiffs' Continuing Violations of the Court's June 28, 2012 Discovery Order (Doc. 30) is TAKEN UNDER ADVISEMENT.**

Court in Recess:  10:42 a.m.   Hearing concluded.    Total time in Court: 02:09

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119