IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03156-CMA-BNB

PAUL FANN, and
LENORE FANN,

Plaintiffs,

v.

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter arises on **Plaintiffs' Motion to Compel Discovery** [Doc. # 49, filed 10/29/2012] (the "Motion to Compel"). I held a hearing on the Motion to Compel on January 8, 2013, and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Compel [Doc. # 49] is DENIED as moot with respect to the deposition of Tami Pena; DENIED with respect to the defendant's Rule 26(a)(1) disclosures; and DENIED insofar as it seeks the award of reasonable expenses.

Dated January 9, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge