IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03156-CMA-BNB

PAUL FANN, and
LENORE FANN,

Plaintiffs,

v.

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    **Defendant Hartford Underwriters Insurance Company's Unopposed Motion for Leave to Conduct Certain Depositions After the Discovery Cutoff** [Doc. # 73, filed 12/27/2012] is GRANTED;

      (2)    The discovery cutoff is extended to and including **March 21, 2013**, solely to allow the defendant to depose the plaintiffs, Timothy Nemechek, and Dr. Gregory Reichhardt.

DATED: January 9, 2013