IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03156-CMA-BNB

PAUL FANN, and
LENORE FANN,

Plaintiffs,

v.

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter arises on the defendant's **Motion to Extend the Dispositive Motion Deadline and to Conduct Certain Depositions** [Doc. # 86, filed 4/24/2013] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion [Doc. # 86] is GRANTED;

(2)     The discovery cut-off is extended to and including 30 days after the district judge rules on my pending Recommendation [Doc. # 85] solely to allow the defendant to depose the plaintiffs, Mr. Nemechek, and Dr. Gregory Reichhardt; and

(3)     The dispositive motion deadline is extended to and including 60 days after the district judge rules on my pending Recommendation [Doc. # 85].

Dated May 2, 2013.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge