IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03156-CMA-BNB

PAUL FANN, and
LENORE FANN,

Plaintiffs,

v.

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


IT IS ORDERED:

(1) Defendant's **Unopposed Motion to Extend Dispositive Motion Deadline and for Leave to Conduct Plaintiffs' Depositions After the Discovery Cutoff** [Doc. # 103, filed 9/17/2013] is GRANTED;

(2) The discovery cut-off is extended to and including October 2, 2013, solely to allow the defendant to depose the plaintiffs. The plaintiffs shall make themselves available for their depositions at a time and place as the parties may agree on October 1 and 2, 2013. The dates of the depositions may be altered only on further order of the court;

(3) The deadline for the defendant to file a motion for summary judgment is extended to and including November 1, 2013.


DATED:  September 18, 2013