IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03156-CMA-BNB

PAUL FANN, and
LENORE FANN,

Plaintiffs,

v.

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

_____

**ORDER**
_____

This matter arises on the defendant's **Motion to Vacate the Pretrial Conference** [Doc. # 106, filed 10/15/2013] (the "Motion").

IT IS ORDERED:

(1)  The Motion [Doc. # 106] is GRANTED, and the final pretrial conference set for October 22, 2013, is VACATED;

(2)  A status conference and motion hearing on Defendant's Application for Attorneys' Fees [Doc. # 96] is set in place of the final pretrial conference and shall occur on October 22, 2013, at 1:30 p.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated October 16, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge