IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03156-CMA-BNB

PAUL FANN, and
LENORE FANN,

Plaintiffs,

v.

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

The parties appeared this afternoon for a status conference and hearing on **Defendant's Application for Attorneys' Fees Incurred as a Result of Plaintiffs' Failure to Obey Order to Provide Discovery** [Doc. # 96, filed 8/13/2013] (the "Fee Application"). I made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Fee Application is GRANTED in the amount of $12,523.00. The award is made jointly and severally against the plaintiffs and their attorney.

(2)     A final pretrial conference is set to occur on December 10, 2013, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than December 3, 2013. At the final pretrial conference, in addition to the proposed final pretrial order, the parties shall be prepared to address:

(a)     Whether the defendant seeks to depose the plaintiffs or either of them;

    (b)  The plaintiffs' intentions to proceed with the case or to dismiss their claims; and

    (c)  The competency of Lenore Fann to proceed or the need for the appointment of a guardian.

  Dated October 22, 2013.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge