IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-03156-CMA-BNB

PAUL FANN, and
LENORE FANN,

      Plaintiffs,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(B) and the parties' Stipulation for Dismissal With Prejudice (Doc. # 116), signed by the attorneys for the parties hereto, it is

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his, her, or its own attorney fees and costs.

      DATED:  November 27, 2013

                                          BY THE COURT:

                                          *[signature: Christine M. Arguello]*

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge